

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00586-CV

Richard **DOMINGUEZ** and Mary Lou Dominguez,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07410
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The District Clerk's Second Notification of Late Record is hereby GRANTED. Time is extended to November 20, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court